11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Troy Richardson

Appellant

Vs.                   No.
11-01-00396-CV B
Appeal from Dawson County

Texas Department
of Criminal Justice - Institutional Division et al

Appellees

 

Appellant
filed a notice of appeal but failed to pay the required filing fee.  On January 10, 2002, this court ordered
appellant to pay the $125 filing fee on or before January 24, 2002, and
informed appellant that failure to do so could result in the dismissal of the
appeal.  Appellant has not responded to
the order.

The
appeal is dismissed.  TEX.R.APP.P.
42.3(c).

 

PER CURIAM

 

January 31, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.